NUMBER 13-07-296-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


TIMOTHY D. LEWIS, Appellant,


v.



SHAUNNA LEWIS, Appellee.

__________________________________________________ _____


On appeal from the County Court at Law 


of Aransas County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam


 Appellant, TIMOTHY D. LEWIS, perfected an appeal from a judgment entered
by the County Court at Law of Aransas County, Texas, in cause number A-06-7043-FL. After the notice of appeal was filed, appellant filed a motion to dismiss the appeal. 
In the motion, appellant states that the trial court signed an order sustaining
respondent's motion to modify, correct, or reform judgment after reconsideration. 
Because all issues pertaining to this appeal have been resolved in the trial court,
appellant requests that the appeal be dismissed.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 26th day of July, 2007.